

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00319-CV

Burton **KAHN**,
Appellant

v.

**HELVETIA ASSET RECOVERY INC.**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-18355
Honorable Martha B. Tanner, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, we WITHDRAW our June 27, 2014 order, and we REINSTATE this appeal on this court's docket. Appellant's motion to dismiss this appeal is GRANTED; this appeal is DISMISSED. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f). Costs of this appeal are taxed against Appellant Burton Kahn. *See id.* R. 43.4.

SIGNED July 9, 2014.

_____
Patricia O. Alvarez, Justice